THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR14-0009-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RYAN STEPHEN REYNOLDS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for continuance of the pretrial hearing and trial date. Having considered the record, including Defendant's speedy-trial waiver, and concluded that a continuance should be granted, the Court ORDERS:

1. The Court finds that, given the need for time to investigate the case and review the discovery, the Court's failure to grant a continuance would result in a miscarriage of justice and deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B). The Court therefore finds the ends of justice served in this matter outweigh the best interests of the public and the defendants in a speedy trial. *See*

U.S.C. § 3161(h)(7)(A).

2. All pretrial motions in this matter shall be filed and served by September 8, 2014.

3. The jury trial is set for September 29, 2014.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) the Court declares excludable from speedy trial act calculations the period from the date of this Order to September 29, 2014, as the period of delay granted for adequate preparation of all counsel.

DATED this 10th day of July 2014.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk
